out prejudice to right of defendant to raise issues presented on a subsequent appeal. *S. Everett Wilkins,* for plaintiff. *Israel Moses,* for defendant.

## February 20, 1968.

APPEAL No. 174. VINCENT A. GAMBA *v.* TESTA'S AUTO BODY WORKS. Petitioner's motion for a counsel fee pursuant to §28-35-32, G. L. 1956, as amended, is granted, and said petitioner is hereby awarded $500 as a counsel fee, said amount to be inclusive of all compensation for services rendered before the Trial Commissioner and the Full Commission of the Workmen's Compensation Commission and before this Court, and any orders of either the Trial Commissioner or the Full Commission awarding counsel fees to petitioner now outstanding are hereby vacated. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik* of counsel, for petitioner. *Francis V. Reynolds, Bernard W. Boyer* of counsel, for respondent.

## February 27, 1968.

M. P. No. 363. VINCENT R. BROWN *v.* HAROLD V. LANGLOIS, *Warden, Etc.* Petition for writ of certiorari denied. Petition for writ of mandamus denied without prejudice. *Vincent R. Brown,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

## March 12, 1968.

M. P. No. 365. SANDRA M. KELLY *v.* DONALD EDWARD KELLY. Motion for leave to file petition for writ of certiorari granted. Proceedings in Family Court stayed except provision for payment by respondent of $20 per week for support of minor child pending further Order of court. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum,* for petitioner. *Leonard A. Kamaras,* for respondent.